# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ELLIS,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF KERN, *et al.*,<br><br>  Defendants. | Case No. 1:22-cv-00436-NODJ-BAM (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT COMPLETED SERVICE DOCUMENTS OR SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>(ECF No. 18)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Charles Ellis ("Plaintiff") is a county jail inmate proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendants Gifford, Alvarez, Boyd, and Lemon for excessive force and for denial of medical care in violation of the Fourteenth Amendment.

On January 8, 2024, the Court issued an order authorizing service of the first amended complaint and forwarding service documents to Plaintiff for completion and return within thirty days. (ECF No. 18.) The Court expressly warned Plaintiff that failure to comply with the Court's order would result in dismissal of this action. (*Id.* at 2.)

As of the date of this order, Plaintiff has not submitted the USM-285 form, summonses, or copies of the first amended complaint. Plaintiff has not complied with the Court's order.

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within **twenty-one (21) days** from the date of service of this order, Plaintiff shall submit completed service documents for Defendants Gifford, Alvarez, Boyd, and Lemon, as discussed in the Court's January 8, 2024 order, or shall show cause in writing why this action should not be dismissed for failure to prosecute; and

2. **Plaintiff's failure to comply with this order will result in dismissal of this action for failure to obey court orders and failure to prosecute.**

IT IS SO ORDERED.

Dated:  **February 26, 2024**          /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE