1

2

3

4

5

6

7

8  # UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 CHARLES ELLIS, | Case No.  1:22-cv-00436-NODJ-BAM (PC) |
| 12      Plaintiff, | ORDER DISCHARGING ORDER DIRECTING PLAINTIFF TO SUBMIT COMPLETED SERVICE DOCUMENTS OR SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| 13      v. | |
| 14 COUNTY OF KERN, *et al.*, | |
| 15      Defendants. | |
| 16 | (ECF No. 19) |

17       Plaintiff Charles Ellis ("Plaintiff") is a county jail inmate proceeding *pro se* and *in forma*

18 *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on

19 Plaintiff's first amended complaint against Defendants Gifford, Alvarez, Boyd, and Lemon for

20 excessive force and for denial of medical care in violation of the Fourteenth Amendment.

21       On January 8, 2024, the Court issued an order authorizing service of the first amended

22 complaint and forward service documents to Plaintiff for completion and return within thirty

23 days.  (ECF No. 18.)  On February 26, 2024, the Court issued an order directing Plaintiff to

24 submit completed service documents or show cause why this action should not be dismissed for

25 failure to prosecute.  (ECF No. 19.)

26       On February 29, 2024, Plaintiff submitted completed service documents for Defendants

27 Alvarez, Boyd, Gifford, and Lemon, together with a notice of submission of documents.  (ECF

28 No. 20.)  It appears Plaintiff's submission crossed in the mail with the Court's February 26, 2024

1

1   order.

2        As Plaintiff has submitted the necessary service documents, the Court finds it appropriate

3   to discharge the February 26, 2024 order to show cause.  The service documents have been

4   forwarded to the United States Marshals Service ("USMS") and USMS has been directed to

5   effectuate service of the first amended complaint and summonses on Defendants.  Plaintiff does

6   not need to take any further action at this time.

7        Accordingly, the February 26, 2024 order to show cause, (ECF No. 19), is HEREBY

8   DISCHARGED.

9

10  IT IS SO ORDERED.

11     Dated:    **February 29, 2024**              /s/ *Barbara A. McAuliffe*         _

12                                        UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28