**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES ELLIS,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF KERN, *et al.*,<br><br>  Defendants. | Case No.: 1:22-cv-00436-KES-BAM (PC)<br><br>ORDER THAT INMATE CHARLES ELLIS IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Charles Ellis is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on October 2, 2024. Inmate Charles Ellis, #2311971, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **October 2, 2024**

_____
UNITED STATES MAGISTRATE JUDGE