UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ELLIS,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF KERN, *et al.*,<br><br>    Defendants. | No.  1:22-cv-00436-KES-BAM (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

On October 2, 2024, a settlement conference was held and the parties reached a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending deadlines are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **October 2, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

1