# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ELLIS, | Case No.  1:22-cv-00436-KES-BAM (PC) |
| Plaintiff, | ORDER DIRECTING PARTIES TO FILE STATUS REPORT REGARDING DISPOSITIONAL DOCUMENTS |
| v. | |
| COUNTY OF KERN, *et al.*, | (ECF Nos. 41, 42) |
| Defendants. | **FOURTEEN (14) DAY DEADLINE** |

Plaintiff Charles Ellis ("Plaintiff") is a county jail inmate proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On October 2, 2024, the parties participated in a settlement conference before Magistrate Judge Stanley A. Boone.  Based on the settlement, the Court vacated all pending dates and directed the parties to file dispositional documents within thirty (30) days.  (ECF Nos. 41, 42.)

More than thirty (30) days have passed and no dispositional documents have been filed.  Accordingly, within **fourteen (14) days** from the date of service of this order, the parties are directed to file a joint status report informing the Court of the status of the settlement agreement and dispositional documents.  In the alternative, the parties may file dispositional documents resolving this action.  Failure of the parties to comply with this order may be grounds for the imposition of sanctions.  Local Rule 110.

IT IS SO ORDERED.

Dated:   **November 6, 2024**        /s/ *Barbara A. McAuliffe*    
                           UNITED STATES MAGISTRATE JUDGE

1