# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ELLIS, | Case No.  1:22-cv-00436-KES-BAM (PC) |
| Plaintiff, | ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL |
| v. | (ECF No. 44) |
| COUNTY OF KERN, *et al.*, | |
| Defendants. | |

Plaintiff Charles Ellis ("Plaintiff") is a county jail inmate proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.

Currently before the Court is a stipulation for voluntary dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed by defense counsel. (ECF No. 44.)  The stipulation is signed and dated by Plaintiff and counsel for Defendants, and indicates that each party shall bear its own fees, costs, and expenses.

Accordingly, this action is terminated by operation of law without further order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  __**November 21, 2024**__          ___/s/ *Barbara A. McAuliffe*___
UNITED STATES MAGISTRATE JUDGE

1